IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| **DERWIN LAMAR HAYES** | ) | Case No: 05-15235 |
| | ) | |
| **Debtor** | ) | |

**NOTICE OF APPEAL OF DERWIN LAMAR HAYES**

Notice is hereby given, under 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8001, that Derwin Lamar Hayes hereby appeals to the United States District Court for the Northern District of Georgia from the Order of this Court entered on the Docket on January 20, 2006. A true and correct copy of the January 20, 2006 Order is attached hereto as Exhibit A.

The parties to the January 20, 2006 Order and the names and addresses of their respective counsel are as follows:

Derwin Lamar Hayes
1411 Park Avenue
LaGrange, GA 30240


W. Luther Jones, Esq.
P. O. Box 905
LaGrange, GA 30241-0905


Adam Goodman, Esq.
Chapter 13 Trustee
260 Peachtree Street, N.W.
Suite 200
Atlanta, GA 30303


Hilary B. Bonial, Esq.
9441 LBJ Freeway
Suite 350
Dallas, TX 75243

Dated January 30, 2006

                                                                                  Respectfully submitted,

                                                                                   s/_____
                                                                                   W. Luther Jones
                                                                                   Attorney for Debtor
                                                                                   Georgia Bar No:  398206
                                                                                   P. O. Box 905
                                                                                   LaGrange, GA 30241-0905
                                                                                   (706) 884-6633

**EXHIBIT A**

ENTERED ON DOCKET
1-20-06

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN THE MATTER OF: : CASE NUMBER
:
DERWIN LAMAR HAYES, : 05-15235-WHD
:
: IN PROCEEDINGS UNDER
: CHAPTER 13 OF THE
Debtor. : BANKRUPTCY CODE

### ORDER

On January 3, 2006, the Court entered an order directing the Debtor to appear and show cause why the instant case should not be dismissed due to the Debtor's ineligibility. The show cause hearing was held on January 19, 2006.

The Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on December 30, 2005. Pursuant to section 109(h)(1), a debtor is not eligible to be a debtor if he has not obtained a pre-petition credit counseling briefing. However, a debtor may be entitled to a temporary waiver of the counseling requirement on the basis of exigent circumstances or may be exempt from the requirement if he was unable to obtain the counseling due to incapacity, disability, or military service in a combat zone. *See* 11 U.S.C. § 109(h)(3)-(4).

The Court can find that a debtor is entitled to a waiver based on exigent circumstances only if the debtor submits a certification that: (1) describes exigent circumstances that merit a waiver of the credit counseling requirement; (2) states that the debtor requested credit counseling services from an approved nonprofit budget and credit

counseling agency, but was unable to obtain the services during the five day period beginning on the date on which the debtor made the request; and (3) is satisfactory to the court. *See* 11 U.S.C.§ 109(h)(3).

In this case, the Debtor did not obtain a credit counseling briefing prior to filing his petition. The Debtor admitted that he did not contact an approved credit counseling agency prior to filing his petition. Accordingly, the Debtor is not entitled to a waiver based on exigent circumstances. The Debtor has not requested or established his entitlement to an exemption due to disability, incapacity, or military service.

Therefore, the Debtor is not eligible to be a debtor. For this reason, the instant case is hereby **DISMISSED**.

**IT IS SO ORDERED**.

At Newnan, Georgia, this ___ day of January, 2006.

W. HOMER DRAKE, JR.
UNITED STATES BANKRUPTCY JUDGE

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| **DERWIN LAMAR HAYES** | ) | Case No:  05-15235 |
| | ) | |
| **Debtor** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify the on January 30, 2006, I caused to be served true and correct copies of the **Notice of Appeal of Derwin Lamar Hayes** by United States mail, with adequate first class postage affixed thereon, properly addressed to the parties on the service list attached hereto as:

Derwin Lamar Hayes
1411 Park Avenue
LaGrange, GA 30240

W. Luther Jones, Esq.
P. O. Box 905
LaGrange, GA 30241-0905

Adam Goodman, Esq.
Chapter 13 Trustee
260 Peachtree Street, N.W.
Suite 200
Atlanta, GA 30303

Hilary B. Bonial, Esq.
9441 LBJ Freeway
Suite 350
Dallas, TX  75243

This 30th day of January, 2006.

s/_____
W. Luther Jones
Attorney for Debtor
Georgia Bar No:  398206
P. O. Box 905
LaGrange, GA 30241-0905
(706) 884-6633

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| **DERWIN LAMAR HAYES** | ) | Case No:  05-15235 |
| | ) | |
| Debtor | ) | |

**STATEMENT OF ISSUES TO BE RAISED ON APPEAL AND
DESIGNATION OF RECORD**

COMES NOW, Derwin Lamar Hayes, (the "Debtor"), by their undersigned counsel, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, list the issues to be raised on appeal of this matter to the United States District Court for the Northern District of Georgia and hereby request that the documents listed below be designated as the record in this matter.

I. **Issues to be Raised on Appeal**

1. Whether the Bankruptcy Court was correct in holding that 109H(3)(A) still controls when 109H(3)(B) circumstances exist.  On January 5, 2006, the Debtor filed his Credit Counseling Certificate required under 109H(1).

II. **Designation of Record**

The Debtor designates the following documents to be included in the record to be transmitted to the District Court for the Northern District of Georgia and respectfully request that the Clerk of the Court certify the following document to be the designated record in the proceeding.

Also, a transcript of the hearing has been ordered.

|   | **Document** | **Docket Number** |
|---|---|---|
| **1.** | Case Opened and Voluntary Petition filed, Government Proof of Claim due by 6/28/2006. (ksh) Additional attachment(s) added on 12/30/2005 (rjp,). | 1 |
| **2.** | Budget and Credit Counseling Requirement Requesting Waiver Pursuant to 109(h)(3) filed by Derwin Lamar Hayes. (rjp,) | 6 |
| **3.** | Order and Notice of Hearing. Service by BNC. Entered on 1/3/2006. Hearing to be held on 1/19/2006 at 09:20 AM in Courtroom, 2nd floor, Newnan, (related document(s) 6 budget and Credit Counseling Requirement – 109(h)(3) 30 day waiver filed by Derwin Lamar Hayes)(rjp,) | 12 |
| **4.** | Credit Counseling Service Certificate filed by Derwin Lamar Hayes. (related document(s) 3 Notice of deficient filing regarding bankruptcy petition., ) (rjp,) | 14 |
| **5.** | Order Dismissing Case; Debtor is Not Eligible to be a Debtor. Service by BNC Entered on 1/20/2006. (rjp,) | 23 |

Dated:     January 30, 2006

Respectfully submitted,

s/_____
W. Luther Jones
Attorney for Debtor
Georgia Bar No: 398206
P. O. Box 905
LaGrange, GA 30241-0905
(706) 884-6633