IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In re | ) | **Chapter 13** |
| | ) | |
| **DERWIN LAMAR HAYES** | ) | Case No: 05-15235 |
| | ) | |
| **Debtor** | ) | |

### STATEMENT OF ISSUES TO BE RAISED ON APPEAL AND DESIGNATION OF RECORD

COMES NOW, Derwin Lamar Hayes, (the "Debtor"), by their undersigned counsel, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, list the issues to be raised on appeal of this matter to the United States District Court for the Northern District of Georgia and hereby request that the documents listed below be designated as the record in this matter.

I. **Issues to be Raised on Appeal**

1. Whether the Bankruptcy Court was correct in holding that 109H(3)(A) still controls when 109H(3)(B) circumstances exist. On January 5, 2006, the Debtor filed his Credit Counseling Certificate required under 109H(1).

II. **Designation of Record**

The Debtor designates the following documents to be included in the record to be transmitted to the District Court for the Northern District of Georgia and respectfully request that the Clerk of the Court certify the following document to be the designated record in the proceeding.

Also, a transcript of the hearing has been ordered.

|   | Document | Docket Number |
|---|---|---|
| 1. | Case Opened and Voluntary Petition filed, Government Proof of Claim due by 6/28/2006. (ksh) Additional attachment(s) added on 12/30/2005 (rjp,). | 1 |
| 2. | Budget and Credit Counseling Requirement Requesting Waiver Pursuant to 109(h)(3) filed by Derwin Lamar Hayes. (rjp,) | 6 |
| 3. | Order and Notice of Hearing. Service by BNC. Entered on 1/3/2006. Hearing to be held on 1/19/2006 at 09:20 AM in Courtroom, 2nd floor, Newnan, (related document(s) 6 budget and Credit Counseling Requirement – 109(h)(3) 30 day waiver filed by Derwin Lamar Hayes)(rjp,) | 12 |
| 4. | Credit Counseling Service Certificate filed by Derwin Lamar Hayes. (related document(s) 3 Notice of deficient filing regarding bankruptcy petition., ) (rjp,) | 14 |
| 5. | Order Dismissing Case; Debtor is Not Eligible to be a Debtor. Service by BNC Entered on 1/20/2006. (rjp,) | 23 |

Dated:    January 30, 2006

Respectfully submitted,

s/_____
W. Luther Jones
Attorney for Debtor
Georgia Bar No: 398206
P. O. Box 905
LaGrange, GA 30241-0905
(706) 884-6633

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| DERWIN LAMAR HAYES | ) | Case No: 05-15235 |
| | ) | |
| Debtor | ) | |

### CERTIFICATE OF SERVICE

I hereby certify the on January 30, 2006, I caused to be served true and correct copies of the **Notice of Appeal of Derwin Lamar Hayes** by United States mail, with adequate first class postage affixed thereon, properly addressed to the parties on the service list attached hereto as:

Derwin Lamar Hayes
1411 Park Avenue
LaGrange, GA 30240

W. Luther Jones, Esq.
P. O. Box 905
LaGrange, GA 30241-0905

Adam Goodman, Esq.
Chapter 13 Trustee
260 Peachtree Street, N.W.
Suite 200
Atlanta, GA 30303

Hilary B. Bonial, Esq.
9441 LBJ Freeway
Suite 350
Dallas, TX 75243

This 30th day of January, 2006.

s/_____
W. Luther Jones
Attorney for Debtor
Georgia Bar No: 398206
P. O. Box 905
LaGrange, GA 30241-0905
(706) 884-6633